# United States Court of Appeals
# for the Fifth Circuit

No. 23-70004

United States Court of Appeals
Fifth Circuit
**FILED**
November 4, 2024
Lyle W. Cayce
Clerk

Micah Brown,

*Petitioner—Appellant,*

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-2301

_____

ORDER:

IT IS ORDERED that appellant's unopposed motion for an extension of 7 days, or, to and including November 8, 2024, to file its petition for rehearing/petition for rehearing en banc is GRANTED.

No. 23-70004

_____
STEPHEN A. HIGGINSON
*United States Circuit Judge*