United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 21, 2024
Lyle W. Cayce
Clerk

No. 23-70004

Micah Brown,

*Petitioner—Appellant,*

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-2301

_____

UNPUBLISHED ORDER

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

This panel previously DENIED a motion for a certificate of appealability. The panel has considered Appellant's motion for reconsideration.

IT IS ORDERED that the motion is DENIED.